IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK HAMILTON BANKS                                           PETITIONER

VERSUS                                             CIVIL ACTION NO.  5:07cv34-DCB-MTP

CONSTANCE REESE                                                    RESPONDENT

ORDER

Before the Court is petitioner's motion to reconsider [4-1] along with his supporting memorandum [6-1] relating to this Court's order [3-1] of March 9, 2007, denying his motion for in forma pauperis status.  Having reviewed the information and arguments in the petitioner's motion [4-1], this Court finds that it will grant his motion because he has presented information convincing this court that he was unable to pay the $5.00 filing fee[1] at the time he filed his request for in forma pauperis status.   Therefore, the petitioner is granted in forma pauperis status in this civil action.  Accordingly, it is hereby,

ORDERED that the petitioner's motion for reconsideration [4-1] is granted because he has convinced this Court that he was unable to pay the $5.00 filing fee at the time he filed his in forma pauperis application.

IT IS FURTHER ORDERED that petitioner's application for leave to proceed in forma pauperis is hereby sustained, and he is granted leave to proceed in this cause without prepayment of fees or costs, or giving security therefore.

---

[1] The petitioner's arguments in his memorandum [6-1] are totally without merit and will not be considered by this Court.

IT IS FURTHER ORDERED that no process shall issue until further order of the court.

Petitioner is warned that failure to keep this court informed of his current address may result in dismissal of this lawsuit.

THIS, the   5th   day of      April     , 2006.


                                              s/ David Bramlette
                                      UNITED STATES DISTRICT  JUDGE