IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK HAMILTON BANKS                                                   PETITIONER

VERSUS                                         CIVIL ACTION NO. 5:07cv34-DCB-MTP

CONSTANCE REESE, Warden F.C.I.                              RESPONDENT

## FINAL JUDGMENT

This cause is before the court, <u>sua sponte</u>, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice so that the petitioner may present his conditions of confinement claims in the proper manner.

SO ORDERED AND ADJUDGED, this the  3rd  day of May, 2007.

                                                   s/ David Bramlette
                                                   UNITED STATES DISTRICT JUDGE